# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Melissa Scott, <br><br>   Plaintiff, <br> v. <br><br> Southwest Credit, <br><br>   Defendants. | Case No.: 1:17-cv-00811-GMS <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY stipulated and agreed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the within matter is dismissed with prejudice and with all parties to bear their own costs.

Dated: May 10, 2018

          **Garibian Law Offices, P.C.**
          Attorneys for Plaintiff

          By: /s/ Antranig Garibian
          Antranig Garibian, Esquire (Bar No. 4962)
          1010 N. Bancroft Parkway, Suite 22
          Wilmington, DE 19805
          Tel (302) 722-6885
          ag@garibianlaw.com

          **Marshall Dennehey Warner**
          **Coleman and Goggin, P.C.**
          Attorneys for Southwest

          By: /s/ Armand J. Della Porta, Jr.
          Armand J. Della Porta, Jr.
          1007 N. Orange Street
          Suite 600, P.O. Box 8888
          Wilmington, DE 19899
          T: (302) 552-4323
          ajdellaporta@mdwcg.com